IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
SEP -8 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Cr. No. 3:05CR207-T |
| KEITH HALL, also known as "Truth;" | ) [21 USC § 846, 841(a)(1), 843(b), and 18 USC § 1956(h)] |
| JOSEPH LOONEY; | ) |
| JEAN PIERRE ARRUE; | ) |
| DEMARIO CAMPBELL; and | ) |
| RYAN SARAVIA | ) |

**INDICTMENT**

The Grand Jury charges:

## COUNT 1

That from in or about September, 2004, a more specific date being unknown to the Grand Jury, but continuing up to in or about the January, 2005, in Macon County, within the Middle District of Alabama and elsewhere, the defendants,

KEITH HALL, also known as "Truth"
JOSEPH LOONEY,
JEAN PIERRE ARRUE,
DEMARIO CAMPBELL, and
RYAN SARAVIA,

did knowingly and intentionally conspire, combine and agree with each other and with other persons both known and unknown to the Grand Jury to possess with intent to distribute and distribute approximately 50 kilograms or more of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

## COUNT 2

That from in or about September 2004, a more specific date being unknown to the Grand Jury, but continuing up to in or about January, 2005, in Macon County, within

the Middle District of Alabama and elsewhere, the defendants,

>KEITH HALL, also known as"Truth"
>JOSEPH LOONEY,
>JEAN PIERRE ARRUE,
>DEMARIO CAMPBELL, and
>RYAN SARAVIA,

did knowingly and intentionally conspire, combine and agree with each other and with other persons both known and unknown to the Grand Jury to use a communication facility, to wit, the United States mail, in committing and causing and facilitating the possession with the intent to distribute and distribution of marijuana, a Schedule I Controlled Substance in violation of Title 21, United States Code, Section 843(b), all in violation of Title 21, United States Code, Section 846.

## COUNT 3

From in or about September, 2004, and continuing up to in or about January, 2005, in Macon County, within the Middle District of Alabama and elsewhere, the defendants,

>KEITH HALL, also known as"Truth"
>JOSEPH LOONEY,
>JEAN PIERRE ARRUE,
>DEMARIO CAMPBELL, and
>RYAN SARAVIA,

did knowingly and willfully combine, conspire, and confederate with other persons, both known and unknown to the Grand Jury, to knowingly conduct, attempt to conduct, and cause to be conducted, financial transactions affecting interstate commerce, to wit: directing and causing the proceeds of a specified unlawful activity, that is, the conspiracy to possess with the intent to distribute and distribute marijuana as charged in Count One, be used to purchase United States Postal Money Orders and using the United States

Postal Money Orders as payment for marijuana, with the intent to promote the carrying on of a specified unlawful activity, all in violation of Title 18, United States Code, Section 1956(h).

A TRUE BILL:

_____
Foreperson

*[signature]*
LEURA GARRETT CANARY
United States Attorney

*[signature]*
A. CLARK MORRIS
Assistant United States Attorney