RECEIVED

TERMED

2005 SEP 30  A 10: 13

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## U.S. District Court
## Central District of California (Western Div.)

CRIMINAL DOCKET FOR CASE #: 05-M -1967-ALL

Filed: 09/20/05

USA v. Saravia
Dkt# in other court: None

Case Assigned to:    Unassigned

RYAN SARAVIA (1)
    defendant
    [term  09/20/05]

Greg A Wesley
[COR LD NTC pda]
Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012-4202
213-894-2854

Pending Counts:

   NONE

Terminated Counts:

   NONE

Complaints

Defendant in violation of
21:846, 843(b) and 18:1956(h).

Disposition

Defendant held to answer to the
Middle District of Alabama    at
Montgomery.
(-1)

U. S. Attorneys:

   NONE

I hereby attest and certify on 1/27/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

(1101)

Docket as of September 27, 2005 10:48 am                    Page 1

Proceedings include all events.                                    TERMED
2:05m 1967-ALL USA v. Saravia

9/20/05   2      REPORT COMMENCING CRIMINAL ACTION as to Ryan Saravia
                 arrested on 9/20/05.  Defendant's date of birth: 1980. (vdr)
                 [Entry date 09/27/05]

9/20/05   1      AFFIDAVIT RE OUT-OF-DISTRICT WARRANT filed as to Ryan
                 Saravia, originating in the USDC, Middle District of
                 Alabama, at Montgomery.  Defendant charged in violation of:
                 21:846, 843(b) and 18:1956(h).  Signed by C Arzate, USMS.
                 (vdr) [Entry date 09/27/05]

9/20/05   3      DEFENDANT Ryan Saravia arrested on warrant issued from
                 USDC, Middle District of Alabama at Montgomery. (vdr)
                 [Entry date 09/27/05]

9/20/05   4      NOTICE OF REQUEST FOR DETENTION filed by USA as to Ryan
                 Saravia. (vdr) [Entry date 09/27/05]

9/20/05   5      MINUTES OF ARREST ON O/D WARRANT held before Magistrate
                 Judge Carla M. Woehrle as to Ryan Saravia: Defendant
                 arraigned and states true name is as charged. DFPD
                 Attorney Greg A Wesley appointed. Bail set in the amount
                 of $50,000 appearance bond, with following conditions of
                 release: with $2,500 cash deposit, with affidavit of surety
                 no justification (CR-4) by Lilly Fuentes.  Defendant to
                 submit to Pretrial Supervision; surrender all passports to
                 the Clerk of Court, or sign a declaration, not apply for
                 the issuance of a passport during the pendency of this case;
                  travel is restricted to CD/CA; do not enter premises of
                 any airport, seaport, railroad, or bus terminal which
                 permits exit from the Continental U.S. or area of
                 restricted travel without Court permission; reside as
                 approved by PSA and do not relocate without prior
                 permission from PSA; maintain or actively seek employment
                 and provide proof to PSA; not use or possess illegal drugs.
                  Forthwith release.  All conditions of bond to be met by
                 4:00PM on 9/22/05.  Court orders Ryan Saravia held to
                 answer to USDC, Middle District of Alabama at Montgomery.
                 Court orders bond to transfer. Defendant committed to the
                 custody of the U.S. Marshal.  Defendant to report to
                 District of Origin by close of business on 10/30/05.
                 Release No. 28421.  Tape No.: 05-63 (vdr)
                 [Entry date 09/27/05]

9/20/05   6      WAIVER OF RULE 5 HEARINGS filed by Ryan Saravia, excluding
                 probation or supervised release cases:  waiving an identity
                 hearing, receive a copy of the charge(s) against me. (vdr)
                 [Entry date 09/27/05]

9/20/05   7      APPLICATION filed by Ryan Saravia for travel expenses
                 pursuant to 18 USC 4285. (vdr) [Entry date 09/27/05]

9/20/05   8      ORDER filed by Magistrate Judge Carla M. Woehrle as to Ryan
                 Saravia: granting application for travel expenses pursuant
                 to 18 USC 4285. [7-1] (cc: all counsel) (vdr)

```
Proceedings include all events.                              TERMED
2:05m 1967-ALL USA v. Saravia
```

```
                    [Entry date 09/27/05]

9/20/05   9      FINANCIAL AFFIDAVIT filed as to Ryan Saravia. (vdr)
                 [Entry date 09/27/05]

9/20/05   12     DECLARATION filed as to Ryan Saravia regarding non-issuance
                 of passport. (vdr) [Entry date 09/27/05]

9/23/05   10     STIPULATION AND ORDER filed by Magistrate Judge Carla M.
                 Woehrle as to Ryan Saravia: modifying conditions of bond
                 to allow posting of affidavit of surety by Friday close of
                 business on 9/23/05. (vdr) [Entry date 09/27/05]

9/23/05   13     AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local
                 Criminal Rule 5.2.8) filed as to Ryan Saravia in the amount
                 of $50,000, by Surety: Fiancee, Liliana Fuentes for bond
                 [11-1]. (vdr) [Entry date 09/27/05]

9/26/05   11     BOND AND CONDITIONS OF RELEASE filed as to Ryan Saravia, in
                 the amount of: $50,000 appearance bond.  Conditions of
                 Release with cash deposit for $2,500, with affidavit of
                 surety no justification (CR-4) by Lilly Fuentes.  Defendant
                 to submit to Pretrial Supervision; surrender all passports
                 to the Clerk of Court, or sign a declaration, not apply for
                 the issuance of a passport during the pendency of this case;
                  travel is restricted to CD/CA and Middle District of
                 Alabama; do not enter premises of any airport, seaport,
                 railroad, or bus terminal which permits exit from the
                 Continental U.S. or area of restricted travel without Court
                 permission; reside as approved by PSA and do not relocate
                 without prior permission from PSA; maintain or actively
                 seek employment and provide proof to PSA; not use or
                 possess illegal drugs. Approved by Magistrate Judge Carla
                 M. Woehrle. Original bond routed to: FISCAL FOR TRANSFER TO
                 MIDDLE DISTRICT OF ALABAMA. Release No. 28421. (vdr)
                 [Entry date 09/27/05]
```

Date Approved: 9/23/05     Extension: _____

By: _____ SANDY LEAL _____

☐ PSA Officer (for material witness only) ☒ AUSA

Signature: _____

FILED

RECEIVED

2005 SEP 23 PM 12: 00

2005 SEP 30 A 10: 14

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF, | 05-1967M. |
| v. | **AFFIDAVIT OF SURETY (NO JUSTIFICATION)** |
| Ryan Saravia | |
| DEFENDANT(S). | |

I, the undersigned surety, state on oath that I permanently reside within the jurisdiction of the United States District Court for the Central District of California at the address indicated below or in (City, State):

6416 Banner Ave. North Hollywood, CA 91606

I further state that I have read and understand the provisions of the bond executed by the above-named defendant to which this affidavit is affixed as "Attachment A", and I agree to be bound as a condition of this bond by the provisions of Local Criminal Rule 46-6 as set forth at the bottom of this document and further acknowledge and agree that I and my personal representatives are bound as a condition of this bond, jointly and severally with the defendant and other sureties, to pay to the United States of America the sum of $ 50,000 , in the event that the attached bond is forfeited.

I further understand that it is my obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon becoming aware of such fact.

I further agree and understand that, unless otherwise ordered by the Court, the bond to which this affidavit is attached is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is duly exonerated by Order of the Court.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of September , 20 05 .

| | |
|---|---|
| Liliana Fuentes | 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 |
| Name of Surety | Social Security Number of Surety |
| | 6416 Banner Av. |
| Signature of Surety | Address of Surety |
| Fiancee | North Hollywood, CA 91606 |
| Relationship of Surety | City, State, Zip Code |

___

**Local Criminal Rule 46-6**
*Bond - Summary Adjudication of Obligation*
*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of executive upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

SEP 2? 2005

13

RECEIVED

2005 SEP 30  A 10: 14

DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 0 2005

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF, | 05 CR 207 |
| v. | |
| Ryan Saravia    DEFENDANT. | DECLARATION RE PASSPORT IN WHICH DECLARANT/DEFENDANT DOES NOT CURRENTLY POSSESS PASSPORT |

I, _____Ryan Saravia_____, declare that I do not currently possess a passport.

I further declare that I will not apply for the issuance of a passport during the pendency of this case.

Sworn by me this _20th_ day of _September_, 2005, under penalty of perjury.

_____
Signature of Declarant/Defendant

DECLARATION RE PASSPORT IN WHICH DECLARANT/DEFENDANT
DOES NOT CURRENTLY POSSESS PASSPORT



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT

RECEIVED

2005 SEP 30  A 10: 14

U.S. DISTRICT CLK
MIDDLE DISTRICT
LA

# MEMORANDUM

Date: September 27, 2005

To:    Fiscal Section

From:  Vanessa Del Rio _____, Criminal Intake Clerk

Re:    Case No. 05-1967M

       Case Title USA v Ryan Saravia

Please transfer the $ $50,000 ab & $2,500 cash   ☒ Appearance bond / ☒ Cash Bond

posted on 9/26/05 _____ by the above-named defendant to the Middle

District of Alabama _____ at Montgomery.

By _____

Deputy Clerk, Criminal Section

'COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

ASE NUMBER: 05-1967M **COPY**

OMPLAINT: | INDICTMENT / INFORMATION:

'IOLATION OF TITLE: 21/18 SECTION 846 1956

re only - no dollar amount)

N THE AMOUNT OF $ _____ RELEASE No. 28421

NT OF $ 50,000

DR %) 2,500.00 □ RELEASE TO PRETRIAL ONLY

JUSTIFICATION (Form CR-4) ☒ FORTHWITH RELEASE

☒ ALL CONDITIONS OF BOND
SHALL BE MET AND BOND

ION OF SURETY (Form CR-3) POSTED BY: KDRW -9/22/05
                                                    *Date*

F (Cash or Negotiable Securities) $_____

OUNT OF (Separate Form Required) $_____

((-)) Duplicate ((-)) Duplicate ((-))
CLERK'S OFFICE U.S.D.C.
LOS ANGELES
9/22/2005 10:34:41 AM Receipt #: 78398
Cashier : ENAKADA [LA 1-1]
Paid by: LILIANA FUENTES
2:MG05-01967 SARAVIA, RYAN (1) Order(1)
2005-604760  2 - Criminal Cash Bail(1)
Amount :                       $2,500.00
BALANCE :                          0.00

Comment: BOND OWNER: LILIANA FUENTES, 64
16 BONNER AVE., NORTH HOLLYWOOD, CA 9160
6
--------------------------------------------
M.O. Payment : P5551,5562,5573 / 2,500.0
0
--------------------------------------------
Total Payment :          2,500.00

(= NO REFUNDS WITHOUT WHITE RECEIPT =)

□ ADDITIONAL REQUIREMENTS: _____
☒ BAIL FIXED BY COURT ____ AT ____         □ ALL REQUIREMENTS HAVE BEEN MET: _____
        *Deputy Clerk*                                                    *Deputy Clerk*

## PRE-CONDITIONS TO RELEASE

□ Bail is subject to Nebbia hearing which is a hearing to inquire about the source of the collateral.
  □ The Nebbia hearing can be waived by the government.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, as specified on other side, the following conditions of release are imposed upon you:

☒ Defendant shall submit to: ☒ Pretrial Supervision.  [ ] Intensive Pretrial Supervision.
☒ Surrender all passports to the Clerk of Court, or sign a declaration no later than, _____ and not apply
  for the issuance of a passport during the pendency of this case.
☒ Travel is restricted to: CD/CA & MIDDLE DIST. OF ALABAMA _____
☒ Do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area
  of restricted travel without Court permission.
☒ Reside as approved by PSA and do not relocate without prior permission from PSA. _____
☒ Maintain or actively seek employment and provide proof to PSA.
□ Maintain or commence an educational program and provide proof to PSA.
□ Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the
  subject investigation or prosecution, including but not limited to: _____
□ Not possess any firearms, ammunition, destructive devices, or other dangerous weapons.  [ ] In order to determine
  compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the
  US Marshal.
□ Not use/possess any identification other than in your own legal name or true name. [ ] In order to determine compliance, you
  will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
□ Not use alcohol.
☒ Not use or possess illegal drugs. [ ] In order to determine compliance, you will agree to submit to a search of your person
  and/or property by Pretrial Services in conjunction with the US Marshal.
□ Submit to drug [and/or] alcohol testing and outpatient treatment as directed by PSA.  You shall pay all or part of the cost for
  testing and treatment based upon your ability to pay as determined by PSA.
□ Participate in residential drug [and/or] alcohol treatment as deemed necessary by PSA.  You shall pay all or part of the cost
  for treatment based upon your ability to pay as determined by PSA.  [ ] Release to PSA only.
□ Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA.  You shall pay all or part of
  the costs based upon your ability to pay as determined by PSA.

Defendant Initials X RLS Date 9-20-05

ORIGINAL - YELLOW COPY        PINK- PRETRIAL SERVICES        WHITE- DEFENDANT COPY

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, | CASE NUMBER: 05-1967M | |
|---|---|---|
| v. Ryan Saravia Defendant/Material Witness. | COMPLAINT: | INDICTMENT / INFORMATION: |
| | VIOLATION OF TITLE: 21:18 | SECTION 846: 1956 |

☐ PERSONAL RECOGNIZANCE (Signature only - no dollar amount)
☐ UNSECURED APPEARANCE BOND IN THE AMOUNT OF $ _____     RELEASE No. 28421
☒ APPEARANCE BOND IN THE AMOUNT OF $ 50,000
  ☒ WITH CASH DEPOSIT (AMOUNT OR %) 2,500.00     ☐ RELEASE TO PRETRIAL ONLY
  ☒ WITH AFFIDAVIT OF SURETY NO JUSTIFICATION (Form CR-4)     ☒ FORTHWITH RELEASE
    Lilly Feierres     ☒ ALL CONDITIONS OF BOND
  ☐ WITH AFFIDAVIT WITH JUSTIFICATION OF SURETY (Form CR-3)     SHALL BE MET AND BOND
    _____     POSTED BY: H.ORW - 9/22/05
    _____          Date
  ☐ WITH DEEDING OF PROPERTY
☐ COLLATERAL BOND IN AMOUNT OF (Cash or Negotiable Securities) $ _____
☐ CORPORATE SURETY BOND IN AMOUNT OF (Separate Form Required) $ _____
☐ ADDITIONAL REQUIREMENTS: _____
☒ BAIL FIXED BY COURT _____     ☐ ALL REQUIREMENTS HAVE BEEN MET: _____
            *Deputy Clerk*          *Deputy Clerk*

### PRE-CONDITIONS TO RELEASE
☐ Bail is subject to Nebbia hearing which is a hearing to inquire about the source of the collateral.
  ☐ The Nebbia hearing can be waived by the government.

### ADDITIONAL CONDITIONS OF RELEASE
In addition to the GENERAL CONDITIONS of RELEASE, as specified on other side, the following conditions of release are imposed upon you:
☒ Defendant shall submit to: ☒ Pretrial Supervision. [ ] Intensive Pretrial Supervision.
☒ Surrender all passports to the Clerk of Court, or sign a declaration no later than, _____ and not apply for the issuance of a passport during the pendency of this case.
☒ Travel is restricted to: CD/CA & Middle Dist. OF Alabama _____
☒ Do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area of restricted travel without Court permission.
☒ Reside as approved by PSA and do not relocate without prior permission from PSA. _____
☒ Maintain or actively seek employment and provide proof to PSA.
☐ Maintain or commence an educational program and provide proof to PSA.
☐ Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
☐ Not possess any firearms, ammunition, destructive devices, or other dangerous weapons. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Not use/possess any identification other than in your own legal name or true name. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
☐ Not use alcohol.
☒ Not use or possess illegal drugs. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Submit to drug [and/or] alcohol testing and outpatient treatment as directed by PSA. You shall pay all or part of the cost for testing and treatment based upon your ability to pay as determined by PSA.
☐ Participate in residential drug [and/or] alcohol treatment as deemed necessary by PSA. You shall pay all or part of the cost for treatment based upon your ability to pay as determined by PSA. [ ] **Release to PSA only.**
☐ Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA. You shall pay all or part of the costs based upon your ability to pay as determined by PSA.      Defendant Initials X RS   Date 9-20-05

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Ryan Saravia*
_____
Defendant/Material Witness.

CASE NUMBER: ① 5-1967M

☐ Participate in one of the following home confinement program components and abide by all requirements of the program which [ ] **will** or [ ] **will not** include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA.

    [ ] **Curfew.** You are restricted to your residence every day: [ ] from _____ to _____ . [ ] as directed by PSA.
    [ ] **Release to PSA only.**

    [ ] **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by PSA. [ ] **Release to PSA only.**

    [ ] **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment; religious services; and court appearances as pre-approved by PSA. [ ] **Release to PSA only.**

☐ Not possess or have access to, either in the home, the workplace, or any other location, any device which offers Internet access, except as approved by PSA. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.

☐ Not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor.

☐ Not loiter/be found within 100 feet of any school yard, park, playground, arcade, or other place primarily used by children under the age of 18.

☐ Not be employed by, affiliate with, own, control, or otherwise participate directly or indirectly in conducting the affairs of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Not view or possess child pornography or child erotica. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property, including computer hardware and software, by Pretrial Services in conjunction with the US Marshal.

☐ Other conditions: _____
_____

✓ 9.20.05                    ✓ _____          ✓ (818) 766-3164
_____              _____          _____
*Date*                       *Defendant/Material Witness' Signature*          *Telephone Number*

               N/A

_____          ✓ N. HOLLYWOOD, CA, 91606
*Address (please print)*          *City, State And Zip Code*


☐ **Check if interpreter is used**: I have interpreted into the _____ language all of the above conditions of release and have been told by the defendant that he or she understands all of the conditions of release.

_____          _____
*Interpreter's signature*          *Date*

Approved: *Carla M. Woehle*          9/26/05
_____          _____
*United States District Judge / Magistrate Judge*          *Date*


If Cash Deposited: Receipt # 78398 _____          For $ 2,500.— _____


(This bond may require surety agreements and affidavits pursuant to Local Criminal Rules 46-3.2 and 46-6)

**ORIGINAL - YELLOW COPY**          **PINK- PRETRIAL SERVICES**          **WHITE - DEFENDANT COPY**

MARIA E. STRATTON (No. 090986)
Federal Public Defender
GREG A. WESLEY (No. 210172)
greg_wesley@fd.org
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-4408
Facsimile (213) 894-0081

Attorneys for Defendant
RYAN SARAVIA

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 3 2005

CENTRAL DISTRICT OF CALIFORNIA
BY
    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 05-1967M |
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | |
| RYAN SARAVIA, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Plaintiff, United States of America, through Assistant United States Attorney Jeffrey Backhus, and defendant Ryan Saravia, through his counsel, Deputy Federal Public Defender Greg A. Wesley, that the Affidavit of Surety, to be signed by Lily Fuentes, may be filed in the Clerk's office by the close of business Friday September 23, 2005.

On September 20, 2005 Magistrate Judge Carla Woehrle ordered that the Affidavit of Surety and cash deposit be filed in the clerk's office by the close of business Thursday September 22, 2005.  Because of counsel's schedule he was unable to coordinate with Ms. Fuentes to assist in filing the appropriate forms.  Ms.

(10)

1 | Fuentes inadvertently failed to file the Affidavit of Surety, however she did file the

2 | $2500 cash deposit.  Ms. Fuentes will meet with counsel at 10:30 Friday morning to

3 | prepare and file the Affidavit of Surety.

Respectfully submitted,

MARIA E. STRATTON
Federal Public Defender

DATED:  September 22, 2005        By _____
                                  GREG A. WESLEY
                                  Deputy Federal Public Defender


DEBRA W. YANG
United States Attorney

per telephonic
auth.

DATED:  September 22, 2005        By _____
                                  Jeffrey Backhus
                                  Assistant United States Attorney


        IT IS SO ORDERED.


DATED:  September 23, 2005        _____
                                  CARLA WOEHRLE

                                  United States Magistrate Judge


I hereby attest and certify on 9/27/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
V. Munro
DEPUTY CLERK

(1101)

2

*Name, Address and Telephone Number of Attorney(s)*

Greg A Wesley
Depty Federal Public Defender
321 E 2nd St
LA CA 90012
(213)894-4408
Bar No.: 210172

FILED
CLERK, U.S. DISTRICT COURT

SEP 20 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF, | 05-1917M |
| v. | | 05-CR-207 |
| | DEFENDANT. | ORDER FOR APPEARANCE OF DEFENDANT AND FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. §4285 |
| Ryan Saravia | | |

The Court having held defendant ___Ryan Saravia___ to answer to the United States District Court for the ___Middle___ District of ___Alabama___ at ___Montgomery___, and finding that the defendant has been released from custody and is financially unable to provide the necessary transportation to appear before the above Court,

IT IS ORDERED that the defendant appear before the above-named Court on ___Friday 10/30/05___ or no later than ___Close of Business on 10/30/05 (Clerks off.)___

IT IS FURTHER ORDERED that the United States Marshal shall:

☐ Arrange for non-custodial transportation to appear before the required Court.

☐ Furnish to the defendant the one-way fare for transportation to appear before the above Court.

☐ Furnish to the defendant an adequate amount of money for subsistence expense to his/her destination, not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a).

DATED: ___Sept 22, 2005___

UNITED STATES MAGISTRATE JUDGE

ENTERED ON ICMS

SEP 27 2005

I hereby attest and certify on 9/27/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
V. Aprio
DEPUTY CLERK

Distribution:   Original to case file;   2 copies to U.S. Marshal   1 copy to defendant's attorney

M-61 (10/97)   ORDER FOR APPEARANCE OF DEFENDANT AND FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. §4285

Name, address and phone Number of attorney(s)

Greg A. Wesley
Deputy Federal Public Defender
321 E 2nd St
L.A. CA 90012
213) 894-4408
Bar No: 210172

```
                                    FILED
                           CLERK, U.S. DISTRICT COURT

                              SEP 20 2005

                           CENTRAL DISTRICT OF CALIFORNIA
                           BY                        DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 05 CR 207 |
| v. | **APPLICATION BY DEFENDANT FOR TRAVEL EXPENSES PURSUANT TO 18 U.S.C. §4285** |
| Ryan Saravia | |
| DEFENDANT(S). | |

On ___Sept 20, 2005___, defendant appeared before this Court and was held to answer to the United States District Court for the ___Middle___ District of ___Alabama___ at ___Montgomery___. Defendant hereby applies for travel expenses pursuant to 18 U.S.C. §4285, to said destination.

Defendant represents that he/she is financially unable to provide the necessary transportation to said destination.

Defendant applies for:

☒ Arrangement for non-custodial transportation to appear before the required Court.
☒ The necessary fare for transportation to the required Court.
☒ An amount for subsistence expense to said destination, not to exceed the amount authorized by 5 U.S.C. §5702(a).

I certify under penalty of perjury that the above is true and correct.

___9·20·05___                              ___[signature]___
**Date**                                    **Signature of Defendant**

I hereby attest and certify on ___9/27/05___
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
___V. Ulrio___
**DEPUTY CLERK**                           (1101)

ENTERED ON ICMS
SEP 27 2005

M-59 (10/97)        APPLICATION BY DEFENDANT FOR TRAVEL EXPENSES PURSUANT TO 18 U.S.C. §4285

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT

SEP 2 0 2005

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NUMBER: |
| PLAINTIFF | 05-196 |
| v. | |
| Ryan Saravia | WAIVER OF RIGHTS |
| DEFENDANT. | (OUT OF DISTRICT CASES) |

I understand that charges are pending in the _____ District of __Alabama__
alleging violation of __21 USC 846__ and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

   (1)     have an identity hearing to determine whether I am the person named in the charges;

   (2)     receive a copy of the charge(s) against me;

*-Check one only-*

☒     **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

   (3)     have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

   (4)     request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐     **PROBATION OR SUPERVISED RELEASE CASES:**

   (3)     have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

I hereby attest and certify on 9/27/05 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
V. _____

(1101)

☒     have an identity hearing

☒     receive a copy of the charges(s) against me

☐     have a preliminary examination

☐     have an identity hearing, and I have been informed that I have no right to a preliminary examination

☐     have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

_____
Defendant

_____
Defense Counsel

_____
United States Magistrate Judge

Date: __9/19/2005__

ENTERED ON CMS

SEP 27 2005

M-14 (03/03)         WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

**P SEND**

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

☒ LA   ☐ RS   ☐ SA   05-1967M   ☐ UNDER SEAL
CASE NUMBER:
☐ COMPLAINT   ☒ OUT OF DISTRICT AFFIDAVIT
☐ INDICTMENT   ☐ INFORMATION
☐ SUMMONS   ☐ EXTRADITION
☐ PSA/PO WARRANT
☐ SUPER FAST TRACK (Class B Misdemeanor)
FILED: 9-20-05
VIOLATION: 21 USC 846
DATE: 9-20-05   TIME: 2:00
TAPE NUMBER: 05-63

v.

Ryan Saralla

DEFENDANT.

PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE Wolhrie
CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE N/A

PRESENT: D. Thomas          Jeffrey Backhus
_Deputy Clerk_          _Assistant U.S. Attorney_          _Interpreter / Language_

- ☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☒ preliminary hearing OR ☒ removal hearing / Rule 20.
- ☒ Defendant states true name ☒ is as charged ☐ is _____
- ☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
- ☒ Attorney: Caren Nagler   ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☐ FPD ☐ Panel ☐ Poss. Contribution
- ☐ Ordered (see separate order)   ☐ Special appearance by: _____
- ☐ Government's request for detention is: ☐ GRANTED   ☐ DENIED   ☒ WITHDRAWN   ☐ CONTINUED
- ☐ Defendant is ordered: ☐ Permanently Detained _cont_ ☐ Temporarily Detained (see separate order)
- ☒ BAIL FIXED AT $ 50,000 w/$250 (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:   ☐ GRANTED   ☐ DENIED
- ☐ Preliminary Hearing waived.
- ☐ **SUPER FAST TRACK**   ☐ Defendant is advised of maximum penalties.
- ☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of further proceedings.
- ☐ PO/PSA WARRANT   ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- ☐ Preliminary Hearing set for _____ at 4:30 PM
- ☐ Post-Indictment Arraignment set for _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
- ☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED   ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED   ☐ DENIED
- ☒ Defendant executed Waiver of Rights.   ☐ Process received.
- ☒ Court ORDERS defendant Held to Answer to _Middle_ District of _Alabama @ Montgomery_
  - ☒ Bond to transfer, if bail is posted. Defendant to report on or before _Fri. 10/30/05 - Close of Bus. Clerk's off._
  - ☐ Warrant of removal and final commitment to issue. ☐ Warrant of removal and final commitment are ordered stayed until _____
- ☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
  - Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  - Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
- ☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
  - RELEASE ORDER NO: 28421
- ☒ Other: _Order For Travel Expenses issued_

ENTERED ON   SEP 21 2005

cc: AUSA, Defendant's counsel
☐ PSA   ☐ FINANCIAL   ☐ READY
☒ PSALA, ☐ PSASA, ☐ PSAED, ☐ USPO
Deputy Clerk Initials: DH

**ORIGINAL -WHITE COPY**   **PINK- PIA CLERK**   **YELLOW - STATS**   **GREEN - CRD**

M-5 (11/04)          CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE          Page 1 of 1
*U.S. GPO: 2004-778-324/13004

1  DEBRA WONG YANG
   United States Attorney
2  THOMAS P. O'BRIEN
   Assistant United States Attorney
3  Chief, Criminal Division
   JEFFREY A. BACKHUS (SBN 200177)
4  Assistant United States Attorney
      1200 United States Courthouse
5     312 North Spring Street
      Los Angeles, California 90012
6     Telephone: (213) 894-4267

7  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

8

9

10              UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,    )   Case No. 05-1967M
                                 )
13              Plaintiff,       )   GOVERNMENT'S NOTICE OF REQUEST
                                 )   FOR DETENTION
14              v.               )
                                 )
15  Ryan Saravia ,              )
                                 )
16              Defendant.       )
                                 )
17                               )
                                 )
18                               )
                                 )
19                               )
                                 )
20  _____  )

I hereby attest and certify on 9/27/05 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

(1101)

FILED
CLERK, U.S. DISTRICT COURT
SEP 20 2005
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

21      Plaintiff, United States of America, by and through its counsel

22  of record, hereby requests detention of defendant and gives notice

23  of the following material factors:

24  _____  1.   Temporary 10-day Detention Requested (§ 3142(d))

25       on the following grounds:

26       _____  a.  offense committed while defendant was on release

27              pending (felony trial), (sentencing) (appeal) or

28              on (probation) (parole);

SEP 27 2005

1          \_\_\_\_  b.  alien not lawfully admitted for permanent

2                   residence;

3          \_\_\_\_  c.  flight risk;

4          \_\_\_\_  d.  danger to community.

5  X       2.   Pretrial Detention Requested (§ 3142(e)) because no

6              condition or combination of conditions will

7              reasonably assure against:

8        X    a.  danger to any other person or the community;

9        X    b.  flight.

10  \_\_\_\_   3.   Detention Requested Pending Supervised

11              Release/Probation Revocation Hearing (Rules 32.1,

12              46, § 3143) because defendant cannot establish a

13              condition or combination of conditions that will

14              reasonably assure against:

15         \_\_\_\_  a.  Danger to any other person or the community;

16         \_\_\_\_  b.  Flight.

17  X       4.   Presumptions Applicable to Pretrial Detention (18

18              U.S.C. § 3142(e)):

19        X    a.  Title 21 offense with 10-year or greater maximum

20                 penalty (presumption of danger to community and

21                 flight risk);

22         \_\_\_\_  b.  firearm used or carried during offense (18 U.S.C.

23                 § 924(c)) (presumption of danger to community and

24                 flight risk);

25         \_\_\_\_  c.  offense under Maritime Drug Law Enforcement Act

26                 (46 U.S.C. App. 1901 et seq.) (presumption of

27                 danger to community and flight risk);

28         \_\_\_\_  d.  defendant currently charged with (I) crime of

2

1    violence, (II) offense with maximum sentence of

2    life imprisonment or death,(III) Title 21 offense

3    with ten year or greater maximum sentence, or

4    (IV) state or local offense that would qualify

5    under I, II, or III if federal jurisdiction were

6    present, <u>and</u> defendant was previously convicted

7    of a crime listed in I, II, or III committed

8    while on release pending trial, <u>and</u> the current

9    offense was committed within five years of

10    conviction or release from prison on the above-

11    described previous conviction (presumption of

12    danger to community).

13    X    5.    <u>Government is Entitled to Detention Hearing</u>

14    <u>Under § 3142(f) Based on the Following:</u>

15    _____ a.  crime of violence (defined in 18 U.S.C. § 3156);

16    _____ b.  maximum sentence is life imprisonment or death;

17    _____ c.  Title 21 offense with maximum sentence of ten

18    years or more;

19    _____ d.  instant offense is felony and defendant has two

20    or more convictions for a crime set forth in a-c

21    above or for an offense under state or local law

22    that would qualify under a, b, or c if federal

23    jurisdiction were present;

24    X    e.  serious risk of flight;

25    _____ f.  serious risk of (obstructing justice or

26    attempting to obstruct justice)(threatening,

27    injuring, or intimidating witness or juror, or

28    attempting to do so).

3

1    _____    6.    Government requests continuance of _____ days for

2                      detention hearing based upon the following reason: __

3                      _____

4                      _____

5                      _____

6    _____    7.    Good cause for continuance in excess of three days

7                      exists in that:

8                      _____

9                      _____

10                     _____

11                     _____

12

13    DATED:    9/20/05                Respectfully submitted,

14                                     DEBRA WONG YANG
                                       United States Attorney
15

16                                     _____

17                                     JEFFREY A. BACKHUS
                                       Assistant United States Attorney
18
                                       Attorneys for Plaintiff
19                                     UNITED STATES OF AMERICA

20

21

22

23

24

25

26

27

28

4

(Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

_MIDDLE_ _____ District of _____ **ALABAMA**

AO 442

UNITED STATES OF AMERICA

V.

RYAN SARAVIA
6416 Bonner Avenue, North Hollywood, CA

**WARRANT FOR ARREST**

Case Number: 2:05-cr-00207-005-T

**05-1967M**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **RYAN SARAVIA**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE MARIJUANA;
USING A COMMUNICATIONS FACILITY TO DISTRIBUTE MARIJUANA;
MONEY LAUNDERING

in violation of Title ____ 21 ____ United States Code, Section(s) _846, 843(b) and 18 USC 1956(h)_

DEBRA P. HACKETT
Name of Issuing Officer

By: _[signature]_
Signature of Issuing Officer

CLERK, U. S. DISTRICT COURT, MIDDLE ALABAMA
Title of Issuing Officer

September 13, 2005; Montgomery, Alabama
Date and Location

# COPY

ORIGINAL WARRANT ON FILE

**RETURN**

ENTERED ON
SEP 27 2005

THIS COPY FOR INVESTIGATIVE

This warrant was received and executed with the arrest of the above-named defendant at

**PURPOSES ONLY.**

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  |  |  |

FILED

2005 SEP 20  AM 11: 30

DISTRICT COURT
CENTRAL DIST ___ LIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

PLAINTIFF(S)

v.

RYAN  SARAVIA

DEFENDANT(S).

CASE NUMBER

05 - 1967M

2:05 - CR - 00207-00L-T

## AFFIDAVIT RE
## OUT-OF-DISTRICT WARRANT

INDICTMENT

The above-named defendant was charged by: MIDDLE DISTRICT OF ALABAMA

in the MIDDLE District of ALABAMA on SEY 13, 2005

at ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about SEP 2004

in violation of Title 21 U.S.C., Section(s) 846, 18 USC 1956

to wit: CONSP. DIST + POSS MARIJUANA / MONEY LAUNDRING

A warrant for defendant's arrest was issued by: GRAND JURY

Bond of $ NONE was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I hereby attest and certify on 9/27/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

V. ___
DEPUTY CLERK

(1101)

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 9-20-05 , by

_____ , Deputy Clerk.

C.A. ___
Signature of Agent

C. ARZATE
Print Name of Agent

USMS
Agency

DUSM
Title

ENTERED ___
SEP 27 2005

CR-52 (05/98)          AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

①

I hereby attest and certify on *1/2/1*
that the foregoing is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

*V. del Rio*
DEPUTY CLERK

(1101)

FILED

2005 SEP 20 AM 11: 30

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

*RYAN SARAVIA*

DEFENDANT(S).

CASE NUMBER

**05-1967M**

2:05 CR-00207-005-T

## REPORT COMMENCING CRIMINAL ACTION

TO:  CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest ___*9/20/05 – 1000*___  ☒ AM / ☐ PM

2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   *21-846*

3. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

4. U.S. Citizen: ☒ Yes  ☐ No  ☐ Unknown

5. Year of Birth: *1980*

6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.

7. Place of detention (if out-of-district): *N/A*

8. Date detainer placed on defendant: *N/A*

9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)

10. Name of Pretrial Services Officer: *DUTY OFCR*

11. Remarks (if any): _____

12. Date: *9/20/05*        13. Signature: *C. Arcato*

14. Name: *C. ARCATO*      15. Title: *DUSM*

SEP 27 2005

CR-64 (07/05)          REPORT COMMENCING CRIMINAL ACTION

(2)