**COURTROOM DEPUTY MINUTES**  
**MIDDLE DISTRICT OF ALABAMA**

DATE: 10-19-2005

DIGITAL RECORDING: _____

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING      **DEFENDANT FAILED TO APPEAR**
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: __DRB__    DEPUTY CLERK: __sql__

CASE NO. __3:05CR207-T__    DEFT. NAME: __Ryan SARAVIA__

USA: __Morris__    ATTY: __Ben Bruner__

Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO ( ) Stand In ONLY

USPTSO/USPO: _____

Defendant ____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ____ YES    NAME: _____

| | |
|---|---|
| ☐ kars. | Date of Arrest _____ or ☐ karsr40 |
| ☐ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator |
| ☐ kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel  ☐ ORAL MOTION for Appointment of Counsel |
| ☐ kfinaff. | Financial Affidavit executed  ☐ to be obtained by PTSO |
| ☐ koappted | **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.** |
| ☐ k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. |
| ☐ kdmhrg. | **Detention Hearing** ☐ held; ☐ set for _____ |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered |
| ☐ kocondrls. | Release order entered. Deft. advised of conditions of release |
| ☐ kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $ _____. Deft released (kloc LR) |
| | ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered |
| ☐ kloc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody |
| ☐ | Preliminary Hearing ☐ Set for _____ |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district |
| ☐ kwvprl. | Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing) |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. |
| ☐ karr. | **ARRAIGNMENT** SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered. |
| | ☐ Set for _____ Trial Term; ☐ **PRETRIAL CONFERENCE DATE:** _____ |
| | DISCOVERY DISCLOSURES DATE: _____ |
| ☐ krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel |
| ☐ krmvhrg. | Identity/Removal Hearing set for _____ |
| ☐ kwvspt | Waiver of Speedy Trial Act Rights Executed |