| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

√ INITIAL APPEARANCE          DATE: October 24, 2005
❒ BOND HEARING
❒ DETENTION HEARING           Digital Recording   3:15 - 3:23
❒ PRELIMINARY (EXAMINATION)(HEARING)
❒ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 3:05cr207-T    **DEFENDANT NAME:** Ryan Saravia

**AUSA:** Clark Morris    **DEFT. ATTY:** Ben Bruner

Type Counsel: ( )Retained; (√) CJA; ( ) Waived; ( ) FPD

**USPO/USPTS:** Ron Thweatt

Interpreter needed: ( √ ) NO; ( )YES   Name:

---

| | |
|---|---|
| ❒ | Date of Arrest or ❒ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❒ Prob/Sup Rel Violator |
| ❒ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❒ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel. Has retained _____ |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒set for |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❒ | Release order entered. Deft advised of conditions of release |
| ❒ | ❒ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❒ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❒ | Bond not executed. Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. ❒Set for  DISCOVERY DISCLOSURE DATE: October 24, 2005 |
| √ | WAIVER of Speedy Trial. CRIMINAL TERM: April 24, 2005 |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |

Defendant released and continued under bond and conditions as previously imposed by U. S. District Court in California.