**COURTROOM DEPUTY'S MINUTES**                    **DATE: November 14, 2005**

**MIDDLE DISTRICT OF ALABAMA**                    **Digital Recording: 3:35 - 3:38**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE. Susan Russ Walker**          **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 3:05cr207-T**          **DEFENDANT(S)  Jean Pierre Arrue, Ryan Saravia**

---

| GOVERNMENT | <u>APPEARANCES</u> | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| **Terry Moorer standing in for Clark Morris** | * **Jennifer Hart (Arrue)** | |
| | * **Ben Bruner (Saravia)** | |
| | * | |

---

❏ **DISCOVERY STATUS:**
      **Completed**

---
---
---

❏ **PENDING MOTION STATUS:**
      **None**

---
---
---

❏ **PLEA STATUS:**
      **Arrue - plea negotiations**
      **Saravia - possible plea negotiations**
      **Last plea date - 4/17/06**

❏ **TRIAL STATUS**
      **Trial time - 3 ½ days**

---
---
---

❏ **REMARKS:**

---
---
---
---