IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 APR 19  P 1:03

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | CR. NO. 05-207-T |
| ) | |
| RYAN SARAVIA              ) | |

## WAIVER OF SPEEDY TRIAL RIGHT

The undersigned Ryan Saravia states that he is the same Ryan Saravia charged in Case No. CR. NO. 05 206 T, and he consents to a continuance of his trial from the April 2 2006 trial term until a future term for this Division; further he states that he hereby waives right to have a speedy trial herein pursuant to 18 U.S.C. Sec. 3161 and all other applicabl federal law and regulations, as said right may entitle him to a trial on April 24, 2006.

_____
Ryan Saravia
Defendant

Done this _18_ day of _April_, 2006

_____
Ben E. Bruner
Attorney for Defendant

Done this _14_ day of _April_, 2006.

## CERTIFICATE OF SERVICE

The undersigned Ben E. Bruner hereby certifies that a true copy of this document was served upon the Honorable Laura Canary, United States Attorney for the Middle District of Alabama by enclosing same in an envelope postpaid for first class handling whi bore the sender's name and return address and which was addressed to said attorney at his post office address and which was deposited in a U. S. Post Office Depository in Montgomery, Alabama on the 19 day of April, 2006.

_____
Ben E. Bruner
Attorney at Law