IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL ACTION NO. |
| | )    3:05cr207-MHT |
| RYAN SARAVIA | ) |

ORDER

This cause is before the court on the motion to continue filed by defendant Ryan Saravia on April 6, 2006. The case is currently set for trial during the term beginning on April 24, 2006. For the reasons set forth below, the court finds that the trial should be continued pursuant to 18 U.S.C. § 3161(h)(8).

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part as follows:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an

>offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

Id. § 3161(c)(1). However, the Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." Id. § 3161(h)(8)(A).

This court finds that the ends of justice served by continuing this trial outweigh the best interest of the public and Saravia in a speedy trial. In support of the motion to continue, Saravia has represented that proffers will be scheduled for him and for his co-defendants in the near future, and counsel for all defendants and the government will not have time to coordinate necessary proceedings prior to notifying the court of any intent to change plea. Coordination has been hampered by the fact that all defendants live out of

state. The government does not oppose a continuance, and Saravia has filed a waiver of his Speedy Trial Act rights.

Accordingly, it is ORDERED that defendant Ryan Saravia's motion to continue (Doc. No. 76) is granted, and that his trial is continued to the criminal term of court beginning on August 7, 2006, at 10:00 a.m.

DONE, this the 20th day of April, 2006.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**