IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | RECEIVED |
| v. ) | 2006 JUL 24 P 3: 14 |
| ) | CR. NO. 05 - 207 T |
| RYAN ~~SAVAVIA~~ ) | DEBRA P. HACKETT, CLK |
| Saravia | U.S. DISTRICT COURT |
| | MIDDLE DISTRICT ALA |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW, the defendant by and through counsel and gives notice to the court of his intent to change his plea from that of not guilty to one of guilty as to all counts. Furthermore, defendant notifies the court that there is a plea agreement in this matter.

Respectfully submitted,

/s/ Ben E. Bruner

Ben E. Bruner (BRU 001)
Attorney for the Defendant
P.O. Box 231419
Montgomery, Alabama 36106
(334) 323-4462
FAX (334) 323-4463
ben@brunerabogado.com

## CERTIFICATE OF SERVICE

The undersigned Ben E. Bruner hereby certifies that a true copy of this document was served upon the below listed counsel by enclosing same in an envelope postpaid for first class handling which bore the sender's name and return address and which was addressed to said attorney at his post office address and which was deposited in a U. S. Post Office Depository in Montgomery, Alabama on the 24 day of July, 2006.

Clark Morris, Esq.
P.O. Box 197
Montgomery, Alabama 36101

/s/ Ben E. Bruner