AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

___MIDDLE___ DISTRICT OF ___ALABAMA___

UNITED STATES OF AMERICA

V.

RYAN SARAVIA

**NOTICE**

CASE NUMBER: 3:05cr207-005-MHT

TYPE OF CASE:
☐ CIVIL    X  CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

SENTENCING

X  TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex One Church Street Montgomery, AL 36104 | 11/1/06 @ 10:00 AM | 11/15/06 @ 10:00 AM |

Debra P. Hackett, Clerk
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

10/25/2006
DATE

(BY) DEPUTY CLERK