IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CR. NO. 05 - 207 T |
| RYAN SARAVIA | ) | |

RECEIVED
2006 OCT 26  A 10: 40

## COUNSEL'S NOTICE OF CALENDAR CONFLICT

COMES NOW, the undersigned counsel and gives notice of his calendar conflict as to sentencing which has been reset for November 15. Counsel is scheduled to be in Atlanta, Georgia at an immigration court hearing in the matter of Jesus Juarez Guzman at 9:00 a.m. on November 15, 2006. Counsel respectfully requests that this matter be rescheduled for another date.

Respectfully requested

_____
Ben E. Bruner
Attorney for Defendant

Done this ____ day of _____, 2006.

## CERTIFICATE OF SERVICE

The undersigned Ben E. Bruner hereby certifies that a true copy of this document was served upon the Honorable Laura Canary, United States Attorney for the Middle District of Alabama by enclosing same in an envelope postpaid for first class handling whi bore the sender's name and return address and which was addressed to said attorney at his post office address and which was deposited in a U. S. Post Office Depository in Montgomery, Alabama on the ____ day of _____, 2006.

_____
Ben E. Bruner
Attorney at Law