# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE         AT MONTGOMERY   ALABAMA

DATE COMMENCED   November 16, 2006         AT   8:40   A.M./P.M.

DATE COMPLETED   November 16, 2006         AT   8:55   A.M./P.M.

UNITED STATES OF AMERICA                   Criminal Action
                                           3:05cr207-05-MHT
        VS.

RYAN SARAVIA

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA A. Clark Morris | X | Atty Ben E. Bruner |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Daniel Korokbin, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:       SENTENCING HEARING

| | |
|---|---|
| 8:40 a.m. | Sentencing hearing commenced. Terms of plea agreement stated on the record. Probation concurs with plea agreement. Court accepts plea agreement. Sentence imposed; **ORAL ORDER** during sentence imposition granting motion for reduction in criminal offense level and motion for downward departure. |
| 8:55 a.m. | Hearing concluded. |