IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR. NO. 05 - 207 T |
| RYAN SARAVIA | ) |

## MOTION FOR RETURN OF FUNDS

COMES NOW, the defendant, by and through counsel, and moves this Honorable Court to order the Clerk to return all funds posted as bond for the defendant in this district or otherwise to the person posting said bond. As grounds therefor the defendant states that the defendant is now incarcerated and this proceeding is over as to him. On understanding and belief, there was a bond posted in California which has yet to be released and only will be by order of this court.

WHEREFOR, the defendant moves this Court to order the return of his bond funds to the person posting said funds.

Ben E. Bruner
Attorney for Defendant
505 S. Perry Street
Montgomery, Alabama 36104
334 323 4462

## CERTIFICATE OF SERVICE

The undersigned Ben E. Bruner hereby certifies that a true copy of this document was served upon the Honorable Laura Canary, United States Attorney for the Middle District of Alabama by enclosing same in an envelope postpaid for first class handling which bore the sender's name and return address and which was addressed to said attorney at his post office address and which was deposited in a U. S. Post Office Depository in Montgomery, Alabama on the 14 day of February, 2006.

Ben E. Bruner