IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:05cr207-MHT |
| RYAN SARAVIA | ) | |

### ORDER

Counsel for the government having orally informed the court that the government has no objection, it is ORDERED that defendant Ryan Saravia's motion for return of funds (Doc. No. 188) is granted.

The appropriate clerk of court is AUTHORIZED to release the funds.

DONE, this the 22nd day of February, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE